IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:21CR8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER REGARDING** |
| | ) | **DISCOVERY** |
| KATHERINE L. WOITASZEWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes on before this Court on November 8, 2021, upon the Motion for Discovery of the Defendant to have two DNA samples taken from a Firearm at the time of her arrest compared against her DNA. (Filing No. 24.) The Court made inquiry with the Government if there was an objection to this Motion and the Government indicated that there was no objection. The motion, Filing No. 24, was granted.

IT IS THEREFORE ORDERED that the DNA swabs identified as SAFE item 25.2 and SAFE item 25.3 be compared against a DNA sample of the Plaintiff.

IT IS FURTHER ORDERED that RB No. AP77055 SAFE item 25.2 and SAFE item 25.3 shall be transported from the Omaha Police Department Evidence to the University of Nebraska Medical Center HDI Laboratory at 42nd and Dewey Omaha, NE 68131. Instructions on delivery are attached to this Order.

IT IS FURTHER ORDERED That Douglas County Corrections shall take a DNA sample from the Defendant, Katherine Woitaszewski, and shall mail it certified mail return receipt requested to

UNMC Shipping and Receiving Dock

Mellissa Helligso, ECI Rm. 6004

University of Nebraska Medical Center

601 South Saddlecreek Rd.

Omaha, NE 68106.

DATED THIS __15__ day of December, 2021

_____
Susan M. Bazis,
United States Magistrate Judge

PREPARED AND SUBMITTED

Justin A. Quinn #23509
540 Douglas Building
209 South 19th Street
Omaha, NE 68102
Telephone: 402.346.2500
Facsimile: 402.346.2505
Attorney for Defendant

APPROVED

_____
Crystal C. Correa, IL Bar #6307734
Assistant United States Attorney

# Directions to UNMC HDI Lab
(Eppley Cancer Institute:  42nd & Dewey Omaha, NE)

1. Travel Southbound (from Dodge/ Farnam) or Northbound (from I-80) on 42nd Street
2. Turn west on Dewey Avenue (lights directly south of the entrance to Clarkson Hospital)
3. Park on the south side of the green space area (near hands statue), located between the Clarkson Hospital entrance and the Eppley Cancer Institute (highlighted in yellow)
4. Call 402-559-7220, when you arrive, and we will escort you to the lab

Follow the YELLOW   arrows in the image below
            DODGE



NORTH

SOUTH                                       42ND STREET

INTERSTATE 80